WILLIAM H. GREIS et al., Appellants, *v.* CITY OF SYRACUSE, Respondent.

*Greis* v. *City of Syracuse,* 175 App. Div. 910, affirmed.

(Argued December 12, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 11, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. This action was brought by the plaintiffs, as copartners and joint owners of certain real property located in the city of Syracuse, and adjoining North State street and Ash street as laid out on the map. The complaint alleged that the plaintiffs were in possession of the property described as Ash street, and had been for many years; that the property had been occupied by the plaintiffs and their grantors as a coal yard and that the plaintiffs and their grantors had for many years erected and maintained buildings and structures covering the premises and expended large sums of money in the erection and mainte-nance of the structures and plants upon the property. It alleged further that the city had threatened to eject

them from the property and demanded judgment that the defendant, its officers, agents and servants be perpetually restrained from entering upon or interfering with the lands described in the complaint, or from exercising any control over or doing any work upon the same as a public street. The answer of the defendant alleged that the property in question was a street and that it was the duty of the city to keep the street open; that the plaintiffs were in possession, defendant had demanded possession, and demanded judgment that the plaintiffs be ordered to remove the buildings from the premises in question.

*Frank E. Young* for appellants.

*Frank Hopkins* and *Stewart F. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Chase, Collin, Cuddeback, Cardozo and Pound, JJ. Not voting: Hiscock, Ch. J. Not sitting: Andrews, J.